26 F.3d 123
 Sub-Sal, Inc.
v.
Debraak, Her Appurtances, Furniture, Cargo, Worldwide
Salvage, Inc., Peloso (George), Calcione (Louis), Lapadula
(Ralph), Wilson (Richard T.), Sea Hunt Corp., Cashman
(James), Coin (Crystal), Wolfe (Robert S.), Department of
Natural Resources and Enviromental Control of State of
Deleware, MCK, Ltd., Six Former Seamen, Edgecomb (Terry),
Norton (Barry), Powers (James), Cummings (James), Leahy
(John), Peterson (Thomas); Wolfe (Robert S.)
 NO. 93-7627
 United States Court of Appeals,
Third Circuit.
 Apr 26, 1994
 
 1
 Appeal From: D.Del.
 
 
 2
 AFFIRMED.